# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

CLIFFORD FAIRCHILD,
ADC #90005                                                                                    PLAINTIFF

V.                                  5:17CV00102 JM/JTR

CORRECT CARE SOLUTIONS, INC. et al.                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommended Partial Disposition is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. CCS's and Clowers' motion for summary judgment (Doc. 13) is GRANTED IN PART and DENIED IN PART.

2. All claims against Clowers are DISMISSED WITHOUT PREJUDICE.

3. Fairchild's policy and practice claim and inadequate training claim against CCS are DISMISSED WITHOUT PREJUDICE.

4. Fairchild may PROCEED with his vicarious liability claim medical malpractice claim against CCS.

Dated this 30th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE