UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CLIFFORD FAIRCHILD                                                                              PLAINTIFF

V.                                      5:17CV00102 JM

CORRECT CARE SOLUTIONS, LLC *et al*.                                           DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

DATED this 6th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE